UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTHERN FRAC PROPPANTS, LLC, NORTHERN FRAC PROPPANTS, LLC, SERIES 1 AND NORTHERN FRAC PROPPANTS LLC SERIES 2, | * * * | CIVIL ACTION NO. 19-cv-00811 |
| Plaintiffs, | * * | |
| VERSUS | * * | JUDGE BRIAN A. JACKSON |
| REGIONS BANK, NA AND CHADLER CORNETT | * * | |
| Defendants. | * * | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

******************************************

### REGIONS BANK'S MOTION FOR LEAVE AMEND ITS ANSWER AND COUNTERCLAIMS

NOW INTO COURT, through undersigned counsel, comes Defendant, Regions Bank ("Regions"). which respectfully moves under Federal Rule of Civil Procedure 15(a) for leave to file an amended answer and counterclaim. Specifically, Regions seeks to amend its counterclaims to add a demand for attorney's fees as provided by the 2012 Deposit Agreement Plaintiffs entered into with Regions upon the opening of Plaintiffs' deposit accounts with Defendant.

1.

The filing of the First Amended Restated Answer, Affirmative Defenses and Cross Claim will not unduly delay these proceedings.

1541250.1

2.

Pursuant to Local Rule 7.6, undersigned counsel contacted counsel for the plaintiff to determine if he had any objection to the filing of this motion. Plaintiff's counsel advised that he had no opposition.

WHEREFORE, Regions Bank prays that it be given leave to file the attached First Amended Restated Answer, Affirmative Defenses and Cross Claim.

**RESPECTFULLY SUBMITTED:**

*s/ Michael D. Ferachi*
Michael D. Ferachi, (La No. 19566 (Trial Attorney)
Juston M. O'Brien (La. No. 26447)
**McGlinchey Stafford, PLLC**
301 Main Street, Fourteenth Floor
Baton Rouge, Louisiana  70801
Telephone:  (225) 383-9000
Facsimile:   (225) 343-3076
mferachi@mcglinchey.com
jobrien@mcglinchey.com

**ATTORNEYS FOR REGIONS BANK**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record electronically via the court's CM/ECF system or U.S. Mail, on this the 29th day of January, 2020.

*/s/ Michael D. Ferachi*
Michael D. Ferachi

1541250.1