UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTHERN FRAC PROPPANTS, LLC, NORTHERN FRAC PROPPANTS, LLC, SERIES 1 AND NORTHERN FRAC PROPPANTS LLC SERIES 2, | * * * * * | CIVIL ACTION NO. 19-cv-00811 |
| Plaintiffs, | * * | |
| VERSUS | * * | JUDGE SHELLY D. DICK |
| REGIONS BANK, NA AND CHANDLER CORNETT | * * | |
| Defendants. | * * | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

**********************************************

## JOINT MOTION FOR STATUS CONFERENCE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Northern Frac Proppants, LLC, Northern Frac Proppants, LLC, Series 1, Northern Frac Proppants, LLC Series 2 (collectively "Plaintiffs"), and Defendant Regions Bank, ("Regions"), who move this Court for to schedule a telephone status conference as soon as practicable to discuss trial and pending motions. In support of their joint motion, the parties state:

1.

On November 22, 2019, Plaintiffs filed a Complaint against Regions Bank and Chadler Cornett (R. Doc. 1). Mr. Cornett was later dismissed from this suit (R. Doc. 40). Plaintiffs filed their Amended Complaint on January 5, 2021 (R. Docs 41-1 and 45).

2.

On August 24, 2020, the Court issued a scheduling order setting a two-week jury trial beginning on June 6, 2022 before the Honorable Brian A. Jackson (R. Doc. 39).

3.

The deadline to file amended pleadings has passed and discovery is complete.

4.

On November 15, 2021, Regions Bank filed a Motion for Summary Judgment (R. Doc. 66). Plaintiffs opposed Regions Bank's motion for summary judgment on January 7, 2022 (R. Doc. 88)[1] and Regions Bank filed its reply memorandum on January 5, 2022 (R. Doc. 84).

5.

There are presently five Motions in Limine and *Daubert* Motions pending before the Court:

1. On November 19, 2021, Regions Bank filed a Motion in Limine and *Daubert* Motion to Exclude Testimony and Report of Eric Rausch (R. Doc. 69). Plaintiffs opposed the motion on December 17, 202 (R. Doc. 78) and Regions filed a reply memorandum on January 7, 2022 (R. Doc. 87).

2. On November 19, 2021, Regions Bank filed a Motion in Limine and *Daubert* motion to Exclude Testimony and Report of David Kiwus (R. Doc. 70). Plaintiffs opposed the motion on December 17, 2021 (R. Doc. 77).

3. On November 19, 2021, Regions Bank filed a Motion in Limine and *Daubert* Motion to Exclude Testimony and Report of John Maguire (R. Doc. 67). Plaintiffs opposed the motion on December 17, 2021 (R. Doc. 79).

4. On November 19, 2021, Plaintiffs filed a *Daubert* Motion to Exclude the Proposed Expert Opinions and Testimony of Ronald Oliver (R. Doc. 68). Regions opposed the motion on December 10, 2021 (R. Doc. 74).

---

[1] Plaintiffs' original Opposition (R. Doc. 80) was deemed deficient by the Clerk of Court. (R. Doc. 81). Plaintiffs filed a motion to correct the deficient filing on December 23, 2021 (R. Doc. 82), which was granted on January 6, 2022 (R. Doc. 85). Anticipating that Plaintiffs' motion would be granted, Regions filed its Reply Memorandum 14 days after the filing of the original Opposition (R. Doc. 84).

5. On November 19, 2021, Plaintiffs filed a *Daubert* Motion to Exclude the Proposed Expert Report, Opinions, and Testimony of J. Lester Alexander, III (R. Doc. 71). Regions opposed the motion on December 10, 2021 (R. Doc. 75).

6.

On January 10, 2022, Plaintiffs filed an Amended Motion for Leave to File Reply Briefs in Support of Their *Daubert* Motions *Instanter* (R. Doc. 91). Regions Bank opposed this motion on January 12, 2022 (R. Doc. 93).

7.

The deadline to file the pre-trial order is March 11, 2022 and the pretrial conference is scheduled for March 24, 2022. The deadline to file motions in limine is April 8, 2022 and the deadline to submit jury instructions, voir dire, verdict forms, and trial briefs is May 13, 2022.

8.

On February 11, 2022, the parties received ECF notice that the Honorable Brian A. Jackson had recused himself (R. Doc. 94), and that the case was reassigned to the Honorable Chief Judge Shelly D. Dick.

9.

In light of the recent reassignment of this case to Judge Dick, the parties jointly request a telephone status conference to discuss the pending potions, the current Scheduling Order and status of trial. The parties request this conference occur as soon as possible to avoid the expense of preparing the pre-trial order and meeting the other deadlines imposed by the current Scheduling Order, if a new scheduling order will be issued.

19838562.1

10.

Counsel for Plaintiffs and Regions Bank can be available the afternoons of April 15 or 17, 2022, should the Court be available for a telephone status conference this week.

WHEREFORE, Plaintiffs, Northern Frac Proppants, LLC, Northern Frac Proppants, LLC, Series 1, Northern Frac Proppants, LLC Series 2 and Defendant, Regions Bank jointly request that a telephone status conference be scheduled to discuss the pending motions and trial.

                  **RESPECTFULLY SUBMITTED:**

    */s/ Juston M. O'Brien*
Michael D. Ferachi (La No. 19566 (T.A.)
Juston M. O'Brien (La. No. 26447) (T.A.)
Amanda S. Stout (La. No. 29001)
**McGlinchey Stafford, PLLC**
301 Main Street, Fourteenth Floor
Baton Rouge, Louisiana  70801
Telephone:  (225) 383-9000
Facsimile:   (225) 343-3076
mferachi@mcglinchey.com
jobrien@mcglinchey.com
astout@mcglinchey.com
**ATTORNEYS FOR REGIONS BANK**

and

    */s/ George J. Spathis*
Kyle M. Keegan (La No. 19942) (T.A.)
J. Brian Juban (La. No. 28106)
Amber N. Robichaux (La. No. 34061)
**Keegan, Juban, Lowe & Robichaux, L.L.C.**
5555 Hilton Avenue, Suite 205
Baton Rouge, Louisiana  70808
Telephone:  (225) 364-3600
Facsimile:   (225) 3643608
kmk@keeganjuban.com
jbj@keeganjuban.com

anr@keeganjuban.com

George J. Spathis (admitted *pro hac vice*)
**Levenfeld Pearlstein, LLC**
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
Telephone: (312) 346-8380
gspathis@lplegal.com

**ATTORNEYS FOR PLAINTIFFS, NORTHERN FRAC PROPPANTS, LLC, NORTHERN FRAC PROPPANTS, LLC SERIES 1, AND NORTHERN FRAC PROPPANTS, LLC, SERIES 2.**