# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORTHERN FRAC PROPPANTS, LLC, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **REGIONS BANK, NA, ET AL.** | **NO. 19-00811-SDD-EWD** |

## ORDER

On February 11, 2022, the presiding Judge entered an order recusing himself from the above-captioned action. (Doc. 94). Upon further review, this recusal order was entered in error.

Accordingly,

**IT IS ORDERED** that the February 11, 2022 Order of Recusal (Doc. 94) be and is hereby **STRICKEN**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby returned to the Hon. Brian A. Jackson for all further proceedings.

Baton Rouge, Louisiana, this 16th day of February, 2022

| | |
|---|---|
| _____ | _____ |
| **JUDGE BRIAN A. JACKSON** | **CHIEF JUDGE SHELLY D. DICK** |
| **UNITED STATES DISTRICT COURT** | **UNITED STATES DISTRICT COURT** |
| **MIDDLE DISTRICT OF LOUISIANA** | **MIDDLE DISTRICT OF LOUISIANA** |