UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTHERN FRAC PROPPANTS, LLC, NORTHERN FRAC PROPPANTS, LLC, SERIES 1 AND NORTHERN FRAC PROPPANTS LLC SERIES 2, | * * * * * | CIVIL ACTION NO. 19-cv-00811 |
| Plaintiffs, | * * | |
| VERSUS | * * | JUDGE BRIAN A. JACKSON |
| REGIONS BANK, NA AND CHANDLER CORNETT | * * | |
| Defendants. | * * | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

**********************************************

## MOTION TO ALTER OR AMEND JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Regions Bank (Regions), who respectfully requests that this Court grant its Motion to Alter or Amend Judgment concerning the Court's May 22, 2022 Judgment.

Regions Bank filed a counterclaim against Plaintiffs,[1] which has not been heard on the merits. Regions filed a Motion for Summary Judgment seeking the dismissal of all claims asserted by Plaintiffs against Regions.[2] Neither Plaintiffs nor Regions sought judgment on Regions' Counterclaim. Regions' Motion for Summary Judgment was granted.[3] However, the Judgment

---

[1] R. Docs. 21 and 47.
[2] R. Doc. 66.
[3] R. Docs. 108 and 109.

20613521.1

erroneously dismissed the "above-captioned action" with prejudice, including Regions' Counterclaim.[4]

Pursuant to Federal Rule of Civil Procedure Rule 60, or in the alternative Rule 59(e), the Court should enter an order amending the Judgment to dismiss only those claims asserted by Plaintiffs against Regions, and preserving all claims by Regions against Plaintiffs.

                                         **RESPECTFULLY SUBMITTED:**

                                         */s/ Juston M. O'Brien*
                                         Michael D. Ferachi (La No. 19566 (T.A.)
                                         Juston M. O'Brien (La. No. 26447) (T.A.)
                                         Amanda S. Stout (La. No. 29001)
                                         Lucas A. Schenk (La. No. 39330)
                                         **McGlinchey Stafford, PLLC**
                                         301 Main Street, Fourteenth Floor
                                         Baton Rouge, Louisiana  70801
                                         Telephone:  (225) 383-9000
                                         Facsimile:   (225) 343-3076
                                         mferachi@mcglinchey.com
                                         jobrien@mcglinchey.com
                                         astout@mcglinchey.com
                                         lschenk@mcglinchey.com

                                         **ATTORNEYS FOR REGIONS BANK**

---

[4] R. Doc. 109.